**Corrected Order filed January 12, 2022.**



**In The**

# Fourteenth Court of Appeals
_____

**NO. 14-21-00675-CV**
_____

**IN THE INTEREST OF J.B., A CHILD**

---

**On Appeal from the 300th District Court
Brazoria County, Texas
Trial Court Cause No. 105690-F**

---

**CORRECTED ORDER**

We withdraw the earlier order of January 11, 2022, and issue the following in its place.

This is an accelerated appeal from a judgment in a child protection appeal. Appellant's brief was due **January 10, 2022.** No brief has been filed.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within 180 days of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a) (effective May 1, 2012). This accelerated schedule requires greater compliance with briefing deadlines.

Therefore, we order appellant's appointed counsel, Cortez M. Pouncil, to file appellant's brief no later than **January 24, 2022.** If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court. In addition, the court may require appointment of new counsel due to the failure to timely file appellant's brief.


PER CURIAM

Panel Consists of Justices Wise, Spain, and Hassan.